UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PADILLA, et al., <br>     Plaintiffs, <br> v. <br> WESTERN TRAFFIC CONTROL, INC., <br>     Defendant. | Case No. 25-cv-07642-RS <br><br> **ORDER OF DISMISSAL** |

On October 20, 2025, this Court granted Defendant's first motion to dismiss and ordered Plaintiffs to file an amended complaint or advise the Court they did not intend to do so by November 10, 2025. Pursuant to Rule 41(b), a district court may dismiss an action where the plaintiff fails to prosecute or to comply with a court order, including failure to amend in a timely manner. Fed. R. Civ. P. 41(b). *See also Yourish v. Cal. Amplifier*, 191 F.3d 983, 992 (9th Cir. 1999) (Dismissal of an action for failure to amend in a timely manner was affirmed.). Here, Plaintiffs did not amend nor give notice of their intent not to amend. Accordingly, this case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: December 4, 2025

_____
RICHARD SEEBORG
Chief United States District Judge